UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**
FEB 21 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO TITLE 18, UNITED STATES CODE, SECTIONS 2703(c) AND (d), AUTHORIZING THE DISCLOSURE OF TELECOMMUNICATION RECORDS FOR TELEPHONE NUMBER (313) 410-0458 | No.<br><br>**FILED UNDER SEAL** |

## APPLICATION
## FOR AUTHORIZATION TO DISCLOSE TELECOMMUNICATION RECORDS

COMES NOW the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and John N. Koester, Jr., Assistant United States Attorney for said District, and hereby applies to the Court for an Order pursuant to Title 18, United States Code, Sections 2703(c)(1)(B), (c)(2), and (d), directing Verizon Wireless, a telecommunication service provider reflected in Attachment 1, here incorporated by reference, and any other applicable service providers to provide to the agents/officers of the Federal Bureau of Investigation (FBI) (hereinafter referred to as "investigative agency(ies)") the following telecommunication records and information, but not the contents of any communication, for the time period of January 17, 2018 through January 22, 2018, pertaining to the following telephone: TELEPHONE NO.: (314) 410-0458 (hereinafter referred to as "subject cellular telephone").

A. The Government's application seeks an Order for the telecommunication records and information including:

(1) subscriber information and all telephone numbers, ESN, MIN, IMEI, MSID or IMSI numbers, including any and all customer service records, credit and billing records, can-be-reached numbers (CBR), enhanced custom calling features, and primary long-distance carrier;

(2) subscriber information available for any originating telephone number;

(3) Automated Messaging Accounting (AMA) records (a carrier billing mechanism data base search which provides records of originating and terminating caller information for calls at the subject cellular telephone) for the above-specified time period;

(4) cellular telephone records and information pertaining to the following, for the above-specified time period:

(a) call detail information (provided in an electronic format specified by the agents/officers of the investigative agency(ies));

(b) cell site activation information, including information identifying the antenna tower receiving transmissions from the subject cellular telephone number, and any information on what portion of that tower which received a transmission from the subject cellular telephone number, at the beginning and end of a particular telephone call made to or received by the subject cellular telephone number;

(c) numbers dialed;

(d) call duration;

(e) incoming numbers if identified;

(f) signaling information pertaining to that number;

    (g) a listing of all control channels and their corresponding cell sites;

    (h) an engineering map showing all cell site tower locations, sectors and orientations; and

    (i) subscriber information, including the names, addresses, credit and billing information, published and non-published for the telephone numbers dialed to and from the subject cellular telephone.

  B. In making this application, the Government does not seek the contents of any communication, and does not seek information that would provide precise location information such that other legal process would be required.

  C. In support of this application, the undersigned Assistant United States Attorney states the following:

    Applicant is an "attorney for the Government" as defined in Rule 1(b)(1)(B) of the Federal Rules of Criminal Procedure and, therefore, pursuant to Title 18, United States Code, Sections 2703(c)(1)(B), (c)(2), and (d), may apply for an Order authorizing the disclosure of telecommunication records and information as requested herein.

    Applicant certifies there are reasonable grounds to believe that the telecommunication records and information sought are relevant to a legitimate law enforcement inquiry into possible violations of federal law, including but not limited to violations of 18 U.S.C. § 2312 (transportation of a stolen motor vehicle), 18 U.S.C. § 922(j) (possession of a stolen firearm), and other violations.

<u>FACTS ABOUT THE ONGOING CRIMINAL INVESTIGATION</u>

  1. The Federal Bureau of Investigation (FBI), along with the Sikeston Police Department, Sikeston, Missouri, the Saint Louis County Police Department, and several other law

enforcement agencies throughout Missouri and Illinois are investigating a stolen motor vehicle, a series of vehicle break-ins, firearm thefts, and other crimes. The investigation involves violations of federal law, including, but not limited to, violations of 18 U.S.C. § 2312 (transportation of a stolen motor vehicle) and 18 U.S.C. § 922(j) (possession of stolen firearms).

2. On January 18, 2018, the Wood River Police Department, Wood River, Illinois, investigated the theft of a motor vehicle described as a silver 2016 Chevrolet Sonic belonging to a subject identified as Darren Jones. The vehicle was located at Jones' residence located at 3421 Maple Ridge Drive, Wood River, Illinois when the theft occurred. The investigation revealed the vehicle was stolen between the hours of 11:00 p.m. on January 17, 2018 and 2:15 a.m. on January 18, 2018.

3. On January 18, 2018, a married couple identified as William and Tara Hunter traveled from their home located at 204 Tanner Street in Sikeston, Missouri, to the St. Louis area in their 2016 GMC Yukon. William and Tara Hunter parked the Yukon at a parking garage located at the Holiday Inn Express, 10000 Natural Bridge Road, Woodson Terrace, Missouri. This location is near St. Louis Lambert International Airport. William and Tara Hunter left their Yukon at the parking garage and flew out of town for a trip. On January 22, 2018, the Holiday Inn Express hotel manager contacted the Woodson Terrace Police Department to report several vehicles had been broken into at the parking garage. One of the vehicles was identified as William and Tara Hunter's Yukon. Several items were stolen from the Yukon, including a set of keys to William Hunter's Ford F-250 pickup truck and an expired Missouri driver's license belonging to Tara Hunter. The driver's license reflected that Tara Hunter resided at 204 Tanner Street, in Sikeston, Missouri.

4. On January 22, 2018, at approximately 7:00 a.m., the Sikeston Police Department responded to a reported shooting at 204 Tanner Street. Upon arrival, responding officers made contact with a subject identified as Sam Hunter, who had been shot in the rib cage. Detectives recovered a spent .40 caliber shell casing at the scene of the shooting. Sam Hunter was in stable condition and was further identified as the father of William Hunter. Sam Hunter advised officers that he arrived at his son's home to take care of a pet while he was out of town. Sam Hunter stated he was outside a door of the home when he was approached by a black male subject. After a brief struggle, the subject shot him with a gun and left the area in a small silver Chevrolet vehicle. The description of the vehicle is consistent with the vehicle stolen from the home of Darren Jones in Wood River, Illinois on January 18, 2018.

5. During the investigation of the shooting at 204 Tanner Street, officers spoke with a neighbor who reported hearing a gunshot at approximately 7:00 a.m. The neighbor informed officers that she looked out of a window and observed a small silver vehicle leaving the area. The neighbor quickly responded to 204 Tanner Street and discovered Sam Hunter had been shot.

6. On January 22, 2018, St. Louis County Police Department located the silver 2016 Chevrolet Sonic that was stolen from Darren Jones in Wood River, Illinois. The vehicle was located at 12500 Spanish Pond Road, in Spanish Lake, Missouri. The vehicle had been damaged and it appeared someone had attempted to burn it. Officers discovered Tara Hunter's expired Missouri driver's license inside the vehicle. Additionally, officers discovered a First Bank ATM receipt. The receipt reflected that a withdrawal of $120 was made on January 18, 2018, at approximately 2:49 a.m., at a First Bank ATM located at a Walgreens store at 9285 Halls Ferry Road, in Jennings, Missouri. The investigation revealed that the transaction was made using a "Rushcard" Visa prepaid debit card.

7. The Walgreens store was equipped with surveillance video cameras. A review of video located at the Walgreens revealed an unknown black male making the withdrawal from the First Bank ATM. However, the quality of the surveillance footage is somewhat poor and the subject cannot be positively identified. Additional video depicted the individual driving a silver Chevrolet vehicle.

8. Detectives with the Saint Louis County Police Department received information that a subject identified as Joshua J. Pollard was a possible suspect in a series of vehicle break-ins in the St. Louis area. On February 1, 2018, detectives responded to Pollard's residence located at 6165 Lucille Avenue in Saint Louis, Missouri. Pollard was not present at the time, but his mother provided consent to search the residence. Detectives recovered three firearms that had been stolen out of marked police vehicles in the St. Louis area between January 12-25, 2018. Detectives also observed a "Rushcard" prepaid Visa debit card bearing Pollard's name in Pollard's bedroom. The Rushcard was not collected as evidence at the time.

9. After recovering the stolen firearms, detectives made contact with Pollard later that afternoon. Pollard was arrested and admitted that he broke into four separate police vehicles in the St. Louis area in order to steal guns. At the time of his arrest, Pollard was also in possession of a Glock, model: 23, .40 caliber semi-automatic pistol. Pollard admitted that he had previously stolen the pistol out of a vehicle in St. Charles County. The investigation revealed this particular firearm had been reported stolen on January 30, 2018.

10. Pollard had a mobile phone in his possession at the time of his arrest, which was seized. Detectives determined that the number for Pollard's phone is (314) 410-0458, with cellular service provided by Verizon Wireless.

11.  Applicant requests that the Court issue an Order pursuant to Title 18, United States Code, Sections 2703(c)(1)(B), (c)(2), and (d), directing Verizon Wireless, and any other applicable service providers reflected in Attachment 1, to provide forthwith the requested telecommunication records and information to the agents/officers of the investigative agency(ies).

12.  Pursuant to Title 18, United States Code, Section 2703(c)(3), the Government entity or agency receiving these records or information as a result of this Application and accompanying Order will not provide notice to the subscriber or customer of the subject cellular telephone.

13.  Applicant further requests that this Application and Order be sealed by the Court until such time as the Court directs otherwise, since disclosure at this time would seriously jeopardize the investigation; and that the Court order and direct Verizon Wireless, and any other applicable service providers reflected in Attachment 1, not to disclose the existence of this Application and/or Order of the Court, or the existence of the investigation, to a subscriber or lessee or to any other person unless and until authorized to do so by the Court.

Respectfully submitted,

Jeffrey B. Jensen
UNITED STATES ATTORNEY

_____
John N. Koester, Jr.
Assistant United States Attorney
555 Independence
Cape Girardeau, Missouri 63703

## LIST OF TELECOMMUNICATION SERVICE PROVIDERS

_____XXXXX_____

and

| | | | |
|---|---|---|---|
| 01 Communications | Egyptian Telephone | McCleod USA | Smart Beep Paging |
| Access Line Communication | Electric Lightwave, Inc. | MCI Worldcom | Smart City Telecom |
| ACN Comm | Elkhart Telephone | Metro PCS | Socket Telecom |
| ACS | Empire Paging | Metro Teleconnect | South Central Bell |
| Aero Communications, Inc. (IL) | Ernest Communications | Mid-Atlantic | Sprint-Nextel |
| Afford A Phone | Echelon Telecommunications | Midvale Telephone Exchange | Sprint Spectrum, L.P. |
| Airvoice LLC | EZ Talk Communications | Midwest Wireless | SRT Wireless |
| Alabama Cellular | FDN Communications | Millington Telephone | Star Telephone Company |
| Alhambra-Grantfx Telephone | Fibernit Comm | MLM Telecommunications | Start Wireless |
| Aliant | Florida Cell Service | Mobile Communications | Sugar Land Telephone |
| AmeriTel | Florida Digital Network | Mound Bayou Telephone Co. | Sure West Telephone Company |
| AOL Time Warner | Focal Communications | Mountain Bell | Talk America |
| Arch Communication | Frontier Communications | Mpower Communictions | TC-St. Louis |
| AT&T | Gabriel Comm | Navigator Telecommunications | Tele Touch Comm |
| AT&T Mobility | Galaxy Paging | NE Nebraska Telephone | Telecorp Comm |
| ATX Telecom Services | Global Communications | Netlink Comm | Telepak |
| Available Comm | Global Crossing | Network Services | Telistire |
| Bell Atlantic | Global Eyes Communications | Neustar | Telnet Worldwide |
| Bell South | Global Naps | Neutral Tandem | Tex-Link Comm |
| Big River Telephone | Global Rock Network | Nex-Tech/United Wireless | Time Warner Telecom |
| Birch Telecom | Grafton Telephone Company | Nexus Communications | T-Mobile |
| Brivia Communications | Grand River | NII Comm | Total Call International |
| Broadvox Ltd. | Grande Comm | North Central Telephone | Tracfone Wireless |
| Budget Phone | Great Plains Telephone | North State Comm | Trinity International |
| Bulls Eye Telecom | GTE | Northcoast Communications | Triton PCS Company |
| Cable Vision Lightpath | Harrington Telephone | Novacom | U-Mobile |
| Call Wave | Harrisonville Telephone Co. | Ntera | Unicel Cellular |
| Callipso | Heartland Communications | N-Teleus Wireless | United On-Line |
| Cbeyond Communications | Hickory Telephone | NTS Communications | United States Cellular Corp. |
| CCPR Services | Houston Cellular Telephone | Oklahoma City SMSA | United Telephone of MO |
| Cellco Partnership, | Huxley Communications | ONSTAR | US Cellular |
|    d/b/a Verizon Wireless | iBasis | Optel Texas Telecom | US Communications |
| Cellular One | IDT Corporation | Orion Electronics | US LEC |
| Cellular South | Illinois Consolidated | PacBell | US Link |
| Centennial Wireless |    Communications | PacWest Telecom | US West Communcations |
| Century Tel | Illinois Valley Cellular | PAETEC Communications | USA Mobility |
| Champaign Cellular | Insight Phone | Page Plus Communications | VarTec Telecommunications |
| Charter Communications | Integra | Page Mart, Inc. | Verisign |
| Chickasaw Telephone | Iowa Wireless | Page Net Paging | Verizon Telephone Company |
| Choctaw Telephone Company | IQ Telecom | Panhandle Telephone | Verizon Wireless |
| Choice Net Comm. | J2 Global Communications | Peerless Network | Viaero Wireless |
| Cimco Comm | Leap Wireless International | Pineland Telephone | Virgin Mobile |
| Cincinnati Bell | Level 3 Communications | PhoneTech | Vonage Holdings |
| Cinergy Communications | Level One | PhoneTel | Wabash Telephone |
| Citizens Utilities | Local Links Communications | Preferred Telephone | Weblink Wireless |
| Clear World Communication | Locus Communications | Priority Communications | Western Wireless |
| Com-Cast Cable Comm. | Logix Communications | Puretalk | Westlink Communications |
| Comm South Companies | Longlines Wireless | RenTel | Windstream Communications |
| Commercial Communications | Los Angeles Cellular | RCN Telecom | WinStar Communications |
| Consolidated Communications | Madison River Communications | RNK Telecom | Wirefly |
| Conversent Communications | Madison/Macoupin Telephone | QWEST Communications | WISPNET, LLC |
| Cox Communications |    Company | Sage Telecom | World Comm |
| Custer Telephone Cooperative | Mankato Citizens Telephone | SE All-Tel Comm | XO Communications |
| DBS Communications | Map Mobile Comm | Seren Innovations | Xspedius |
| Delta Communications | Marathon Comm | Sigecom LLC | Yakdin Valley Telephone |
| Detroit Cellular | Mark Twain Rural | Sky Tel Paging | YMAX Communications |
| Dobson Cellular | Matrix Telecom, Inc. | | Ztel Communications |
| | Max-Tel Communications | | |

**ATTACHMENT 1**

Last Update: 09/21/11